UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE TYRELL RIVERS,<br>Inmate Booking No. 18124615,<br><br>                       Plaintiff,<br>vs.<br><br>GEORGE BAILEY DETENTION<br>FACILITY,<br>                      Defendants. | Case No. 3:18-cv-1516-LAB-NLS<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILING TO PROSECUTE IN COMPLIANCE WITH COURT ORDER** |

Ronnie Tyrell Rivers ("Plaintiff"), currently housed at the George Bailey Detention Facility located in San Diego, California, is proceeding pro se in this civil rights action, filed pursuant to 42 U.S.C. § 1983.

**I.    Procedural History**

At the time he filed his Complaint, Plaintiff did not prepay the $400 filing fee mandated by 28 U.S.C. § 1914(a); instead, he filed a Motion to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). (*See* ECF Nos. 1, 2).

On July 12, 2018, the Court denied Plaintiff's Motion to Proceed IFP because he failed to attach a certified copy of his trust account statements, or an institutional equivalent, for the 6-month period immediately preceding the filing of his Complaint.

1

(ECF No. 3 at 2); *citing* 28 U.S.C. § 1915(a)(2); S.D. Cal. CivLR 3.2. Section 1915(a)(2) clearly requires that prisoners "seeking to bring a civil action . . . without prepayment of fees . . . *shall* submit a certified copy of the trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(2) (emphasis added).

The action was dismissed and Plaintiff was granted thirty (30) days from the date of the July 12, 2018 Order in which to "re-open his case by either: (1) paying the entire $400 statutory and administrative filing fee, or (2) filing a new Motion to Proceed IFP, which includes a certified copy of his trust account statement for the 6-month period preceding the filing of his Complaint pursuant to 28 U.S.C. § 1915(a)(2) and S.D. Cal. CivLR 3.2(b)." (ECF No. 3 at 3.) That date has since passed and Plaintiff has not paid the initial civil filing fee or filed a new Motion to Proceed IFP.

## II. Conclusion and Order

Accordingly, the Court **DISMISSES** this civil action in its entirety without prejudice based on Plaintiff's failure to pay the initial civil filing fee or file a new Motion to Proceed IFP and his failure to prosecute pursuant to Fed. R. Civ. P. 41(b) in compliance with the Court's July 12, 2018 Order.

The Court further **DIRECTS** the Clerk to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED**.

Dated: 9-17-18

*Larry A. Burns*

Hon. Larry Alan Burns
United States District Judge